**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ALFRED HENRY                                                                                          PLAINTIFF

v.                                          No. 4:11CV00449 JLH

JIM ROBERSON, in his capacity as Sheriff
of Lonoke County, Arkansas;
JACK FITZHUGH; TONY WILSON;
and STEVE FINCH                                                                              DEFENDANTS

## ORDER

On January 17, 2012, the defendants filed a motion for summary judgment. Pursuant to Local Rule 56.1(d), Local Rule 7.2(b), and Rule 6 of the Federal Rules of Civil Procedure, plaintiff's response was due on or before February 3, 2012. No response has been filed. The Court hereby gives notice that if no response is filed by February 14, 2012, the Court will assume that the plaintiff does not oppose the motion for summary judgment and will act accordingly.

IT IS SO ORDERED this 7th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE