# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ALFRED HENRY                                                               PLAINTIFF

v.                      No. 4:11CV00449 JLH

JIM ROBERSON, in his capacity as Sheriff
of Lonoke County, Arkansas;
JACK FITZHUGH; TONY WILSON;
and STEVE FINCH                                        DEFENDANTS

## ORDER

The Lonoke County defendants have filed a motion for extension of time to file their pretrial disclosure sheet. The motion is GRANTED. Document #34. The deadline is hereby extended up to and including April 2, 2012.

IT IS SO ORDERED this 28th day of March, 2012.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE