# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

ALFRED HENRY                                                                                      PLAINTIFF

v.                              NO. 4:11CV00449 JLH

JACK FITZHUGH;
and TONY WILSON                                                                              DEFENDANTS

## ORDER

The final scheduling order set this matter for trial sometime during the week of April 16, 2012. The Court has determined that the jury trial will begin at **9:15 a.m., on MONDAY, APRIL 16, 2012**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 4th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE