# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ALFRED HENRY                                                                                    PLAINTIFF

v.                                              No. 4:11CV00449 JLH

JACK FITZHUGH;
and TONY WILSON                                                                              DEFENDANTS

## JUDGMENT

This action came before the Court for trial by jury on April 16, 2012.  Alfred Henry appeared in person and with his lawyer, Wesley G. Lody.  Jack Fitzhugh and Tony Wilson appeared in person and with their lawyer, Jason E. Owens.  All parties announced ready for trial.  A jury of twelve was duly selected and sworn.  After all of the evidence had been received and the jury had been fully instructed on the law, the jury returned a verdict as follows:

(1) On Plaintiff Alfred Henry's claim against Defendant Jack Fitzhugh, we find in favor of: *Plaintiff Alfred Henry*
    (Plaintiff Alfred Henry)   or   (Defendant Jack Fitzhugh)

(2) On Plaintiff Alfred Henry's claim against Defendant Tony Wilson, we find in favor of: *Plaintiff Alfred Henry*
    (Plaintiff Alfred Henry)   or   (Defendant Tony Wilson)

**Note:** Complete the following paragraphs only if one or more of the above findings is in favor of the plaintiff.

(3) We find Plaintiff Alfred Henry's damages to be:

$*25,000.00*  (stating the amount, or if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00)

  */s/ [Foreperson]*
  Foreperson

  *April 16, 2012*
  Date

Judgment is therefore entered in favor of Alfred Henry against Jack Fitzhugh and Tony Wilson, jointly and severally, in the amount of $25,000.00 plus post-judgment interest to accrue at the rate of 0.18% per annum from the date of the entry of the Judgment until the Judgment is satisfied, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 17th day of April, 2012.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE